IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02797-CMA-KLM

SINOX COMPANY LTD., a Taiwan corporation,

    Plaintiff,

v.

WORDLOCK, INC., a California corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Motion For Entry of Stipulated Protective Order** [#21][1] (the "Motion").  In light of the parties' Notice of Resolution [#23] and the Court's Minute Order [#24] setting a deadline for the parties to file dismissal papers,

    IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED as moot**.

    Dated:  January 20, 2015

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.