**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02797-CMA-KLM

SINOX COMPANY, LTD, a Taiwan corporation,

    Plaintiff,

v.

WORDLOCK, INC, a California corporation,

    Defendant.

---

## ORDER GRANTING MOTION TO DISMISS

---

    This matter is before the Court on Plaintiff's Motion to Dismiss. (Doc. # 27.) In that motion, Plaintiff voluntarily dismisses its claims and asks that this Court also dismiss Defendant's counterclaims. Defendant does not oppose dismissal of its counterclaims, but asks that this Court deem this case exceptional and award attorney fees pursuant to 35 U.S.C. § 285. In so doing, Defendant states that it intends to file a motion for attorney fees that complies with D.C.COLO.LCivR 54.3. Nonetheless, both parties expend much time arguing the merits of whether Defendant is entitled to attorney fees. Pursuant to D.C.COLO.LCivR 7.1(d), "A motion shall not be included in a response or reply to the original motion. A motion shall be filed as a separate document." Therefore, Defendant must file a separate motion for attorney fees, which this Court will consider exclusive of whether dismissal of the claims is appropriate. *See*

*Technimark, Inc. v. Crellin, Inc.*, 14 F. Supp. 2d 762, 767 (M.D.N.C. 1998) (district courts retain jurisdiction to consider request for attorney fees under 35 U.S.C. § 285).

Accordingly, it is ORDERED that Plaintiff's Motion to Dismiss (Doc. # 27) is GRANTED. Specifically, it is ORDERED that

1. Plaintiff's claim of patent infringement against Defendant is DISMISSED WITH PREJUDICE;

2. Defendant's counterclaims of patent infringement against Plaintiff are DISMISSED WITHOUT PREJUDICE;

3. Having dismissed all claims, this case is CLOSED IN ITS ENTIRETY; however, the Court will retain jurisdiction for the limited purpose of determining whether an award of attorney fees is appropriate;

4. Should Defendant continue to seek attorney fees under 35 U.S.C. § 285, it shall file a separate motion.

It is FURTHER ORDERED that Defendant's Unopposed Motion to Withdraw Motion for Change of Venue (Doc. 32) is GRANTED and the Motion for Change of Venue (Doc. # 18) is WITHDRAWN.

DATED: April 29, 2015

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge