**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02797-CMA-KLM

SINOX COMPNAY, LTD, a Taiwan corporation,

    Plaintiff,

v.

WORDLOCK, INC, a California corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Motion to Dismiss of Judge Christine M. Arguello entered on April 29, 2015 it is

ORDERED that Plaintiff's Motion to Dismiss (Doc. # 27) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's claim of patent infringement against Defendant is DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that Defendant's counterclaims of patent infringement against Plaintiff are DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that this case is closed in it's entirety.  It is

FURTHER ORDERED that the Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of April, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes
     Deputy Clerk